

# COURT OF APPEALS

SANDEE BRYAN MARION     FOURTH COURT OF APPEALS DISTRICT     KEITH E. HOTTLE
  CHIEF JUSTICE     CADENA-REEVES JUSTICE CENTER     CLERK OF COURT
KAREN ANGELINI     300 DOLOROSA, SUITE 3200
MARIALYN BARNARD     SAN ANTONIO, TEXAS 78205-3037
REBECA C. MARTINEZ     WWW.TXCOURTS.GOV/4THCOA.ASPX     TELEPHONE
PATRICIA O. ALVAREZ     (210) 335-2635
LUZ ELENA D. CHAPA
JASON PULLIAM     FACSIMILE NO.
  JUSTICES     (210) 335-2762

March 11, 2015

Jay Brandon
Assistant District Attorney
300 Dolorosa
San Antonio, TX 78205

Gerald A. Uretsky
Attorney At Law
406 Brees Boulevard
San Antonio, TX 78209-4828

Veronica Marie Segovia
100 Dolorosa
3rd Floor
San Antonio, TX 78205-3030

RE:    Court of Appeals Number:    04-14-00684-CV
       Trial Court Case Number:    2014-PA-00640
       Style:  In the Interest of J. A.J. and M.L.W., Children

The Court has this date issued the Mandate in the above styled and numbered cause.

Very truly yours,
KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 225TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on December 31, 2014, the cause upon appeal to revise or reverse your judgment between

In the Interest of J. A.J. and M.L.W., Children, Appellant

V.

No. 04-14-00684-CV and Tr. Ct. No. 2014-PA-00640

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment signed on September 25, 2014, is REVERSED and the case is REMANDED for a new trial.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on March 11, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00684-CV

### In the Interest of J. A.J. and M.L.W., Children

### v.

(NO. 2014-PA-00640 IN 225TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FILING | $195.00 | INDIGENT | N/A |

### Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this March 11, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853